1
2
3
4
5
6
7
8
9
10            UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  TAMRA K. RUSSO, individually; and as guardian ad litem for minor children K.S. and A.S., successors in interest to Michael David Russo, SIRIKUL SAWASDIKUL and BRIAN TERRENCE RUSSO, | CASE NO. 5:17-CV-02429-PA-SP [The Hon. Percy Anderson] **ORDER** |

13  TAMRA K. RUSSO, individually; and
14  as guardian ad litem for minor children
    K.S. and A.S., successors in interest to
15  Michael David Russo, SIRIKUL
    SAWASDIKUL and BRIAN
    TERRENCE RUSSO,
16
                Plaintiffs,
17
        vs.
18
    COUNTY OF SAN BERNARDINO;
19  STEPHEN SULLIAVNT; and DOES 1
    through 10, INCLUSIVE,
20
                Defendants.
21

CASE NO. 5:17-CV-02429-PA-SP

[The Hon. Percy Anderson]

**ORDER**

Action Filed:   December 4, 2017
Trial Date:      January 15, 2019

22        TO ALL PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL
23  OF RECORD:
24        Upon consideration of the Parties' Stipulation for voluntary dismissal, this
25  Court hereby ORDERS as follows:
26        1.      The federal causes of action pursuant to 42 U.S.C. §1983 for violation
27  of the constitutional right to be free from unreasonable searches and seizures,
28  excessive force, interference/deprivation of parent-child relationship, deprivation of

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8157-6300.1

1    life, and *Monell* liability are dismissed with prejudice;

2         2.    The punitive damages claims are dismissed with prejudice;

3         3.    Such dismissal is not on the merits;

4         4.    The Court does not assert jurisdiction over the remaining state law

5    claims and hereby dismisses the state law claims without prejudice;

6         5.    Each party shall be responsible for its own costs and attorneys' fees.

7

8    DATED: July 2, 2018

9

10

11                                    _____
                                      PERCY ANDERSON
12                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4851-8157-6300.1
                                    2